# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INS. CO.,<br><br>                          Plaintiff,<br><br>   vs.<br><br>NATIONWIDE MUT. FIRE INS. CO., et al.,<br><br>                          Defendants.<br><br>AND ALL CONSOLIDATED ACTIONS<br>AND CROSS-ACTIONS | CASE NO.  11-CV-114-IEG (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 139] |

Presently before the Court is the parties' joint motion to dismiss the action in its entirety with prejudice and with each party to bear its own costs, fees, and expenses.  [Doc. No. 139.]  Pursuant to Federal Rule of Civil Procedure 41(a)(2) and for good cause shown, the Court hereby **GRANTS** the joint motion and **DISMISSES** the action with prejudice.  The clerk is directed to close the case.

**IT IS SO ORDERED.**

**DATED:**  November 26, 2012

**IRMA E. GONZALEZ**
**United States District Judge**